LODGED
OCT 11 2017
Clerk, U.S. District Court
District Of Montana
Great Falls

FILED
OCT 12 2017
Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 16-po-5096-JTJ |
| --- | --- |
| Plaintiff, | VIOLATION: 5015625 6027092 |
| vs. | Location Code: M13 |
| MARK FREDERICK, | ORDER |
| Defendant. | |

Upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the WARRANT issued for VN 5015625 and VN 6027092 is QUASHED.

DATED this 12th day of October, 2017.

John Johnston
United States Magistrate Judge